In the Matter of the Application of JOHN J. MURRAY, Appellant, for a Writ of Mandamus, *v.* LEONARD R. WELLES, as Police Commissioner of the City of Brooklyn, Respondent.

*Matter of Murray*, 18 App. Div. 337, affirmed.
(Submitted January 10, 1898; decided January 25, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1897, affirming an order of Special Term denying a motion for a peremptory writ of mandamus.

*Francis A. McCloskey* for appellant.

*James C. Cropsey* for respondent.

Order affirmed, with costs, on opinion below.
All concur.

---

In the Matter of the Examination of STANLEY M. HATFIELD, Judgment Debtor, Appellant, in Proceedings Supplementary to Execution; GILBERT RAY HAWES, Respondent.

*Matter of Hatfield*, 17 App. Div. 430, affirmed.
(Argued January 10, 1898; decided January 25, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 10, 1897, affirming an order of Special Term adjudging the appellant guilty of contempt of court.

*Henry Cooper* for appellant.

*Gilbert Ray Hawes* respondent in person.

Order affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., not sitting, and HAIGHT, J., absent.